1  CENTER FOR DISABILITY ACCESS
2  Ray Ballister Jr., Esq., SBN 111282
   Phyl Grace, Esq., SBN 171771
3  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
   phylg@potterhandy.com
6  Attorneys for Plaintiff

7              UNITED STATES DISTRICT COURT
8            CENTRAL DISTRICT OF CALIFORNIA

9  LUIS VILLEGAS,                          **Case:** 2:19-CV-09223-MWF-RAO
          Plaintiff,
10     v.                                  **Plaintiff's Notice of Voluntary
                                           Dismissal With Prejudice**
11 DUC TRAN, in individual and
   representative capacity as trustee of   **Fed. R. Civ. P. 41(a)(1)(A)(i)**
12 The MDRLL Trust dated
   12/15/2017;
13 MAI NHU TRAN, in individual and
   representative capacity as trustee of
14 The MDRLL Trust dated
   12/15/2017;
15 JEM D, INC., a California
   Corporation; and Does 1-10,
16        Defendants.

17        **PLEASE TAKE NOTICE** that Plaintiff Luis Villegas, hereby

18 voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to

19 Federal Rule of Civil Procedure 41(a)(1)(A)(i).

20        Defendants Duc Tran, in individual and representative capacity as

21 trustee of The MDRLL Trust dated 12/15/2017; Mai Nhu Tran, in

22 individual and representative capacity as trustee of The MDRLL Trust dated

23 12/15/2017 and JEM D, Inc., a California Corporation have neither

24 answered Plaintiff's Complaint, nor filed a motion for summary judgment.

25 Accordingly, this matter may be dismissed without an Order of the Court.

26 Dated: April 01, 2020        CENTER FOR DISABILITY ACCESS

27                             By: /s/ Amanda Lockhart Seabock

28                                 Amanda Lockhart Seabock
                                   Attorneys for Plaintiff

                                      1